IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

ARTEMIO PEREZ NEGRON

CASE NO. 09-01452-SEK13    SEK

DEBTOR(S)
ARTEMIO PEREZ NEGRON

CHAPTER 13

PLAINTIFF(S)
BANCO POPULAR DE PUERTO RICO

ADV NO. 09-00194-SEK

DEFENDANT(S)

## MINUTES OF PROCEEDINGS IN ADVERSARY PROCEEDINGS

MATTERS TO BE CONSIDERED:
PRETRIAL HEARING

PARTIES PRESENT:
[✓] Plaintiff(s)  [✓] Defendat(s)  [✓] Trustee  [✓] Creditors/Others:
Veronica Duran for Banco Popular de Puerto Rico

NOTES AND REMARKS:  * (Order will be entered electronically by CAOS)

[ ] Pretrial report approved. Trial hearing set for: _____ at _____.

[ ] Parties need more time for discovery.  [ ] Pretrial report will be filed by: _____.

[ ] Pretrial Report  [ ] to be supplemented by: _____  [ ] returned to:

[ ] Motion for Summary Judgment will be filed by: _____ within _____ days.

[ ] _____ to file is reply and/or cross motion within _____ days and _____ thereafter for the other party to reply.   No reply without leave of Court.

[ ] Additional Instructions:

[ ] Stipulation filed by _____ was: [ ] Granted*  [ ] Denied*  [ ] Withdrawn*

Page 1

☐ Motion to Dismiss the complaint was: ☐ Granted*   ☐ Denied*   ☐ Withdrawn*

☐ Plaintiff withdrew the complaint without prejudice.   ☐ Clerk to close this adversary proceeding.

☐ Pretrial held in abeyance for _____ days to allow parties to settled or move the Court accordingly. If no motion is filed a new pretrial hearing will be scheduled.

☐ Motion filed by _____   ☐ Granted*   ☐ Denied*

☐ Pretrial hearing rescheduled for: _____ at _____.

☐ Clerk to follow up and return to chambers within _____ days to consider pending matters:

☑ Additional Comments:

Subpoena is quashed.
Banco Popular de Puerto Rico's opposition (#41) is taken under advisement.
Pretrial Report is not approved.

Order: Parties shall complete all discovery within (60) days.

Status Conference is scheduled for 11/09/2010 at 10:30 a.m.

Date: 8-31-2010                                By: DENNIS RODRIGUEZ RODRIGUEZ