IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ARTEMIO PEREZ NEGRON,<br><br>Debtor.<br><br>ARTEMIO PEREZ NEGRON<br><br>Plaintiff,<br><br>vs.<br><br>BANCO POPULAR DE PUERT RICO; POPULAR FINANCE; JEFFERSON CAPITAL SYSTEMS, LLC; JOHN DOE & RICHARD ROE; INSURANCE COMPANIES X, Y AND/OR Z;<br><br>Defendants.<br><br>JOSE R. CARRION MORALES,<br><br>Trustee. | 09-01452 SEK<br><br>Ch. 13<br><br><br>**ADV. NO: 09-00194 SEK** |

**APPLICATION FOR AUTHORIZATION
TO RETAIN SPECIAL COUNSEL**

**TO THE HONORABLE COURT:**

**Comes now** the above named Debtor/Plaintiff, through the undersigned counsel Marilyn Valdes Ortega, and respectfully represents and prays:

1. Debtor herewith submits an application for the employment of attorney Carlos C. Alsina-Batista as special counsel in this case, in order to join the Plaintiff's legal representation in the litigation of the instant adversary proceeding before this Honorable

Court.

2. This request is made due to the fact that the undersigned counsel has been beset by personal matters that require her immediate attention, and may ultimately hinder the time and effort that she can commit to the prosecution of this adversary case. Mr. Alsina's joiner as counsel in this case is sought in order to assure the optimum legal representation of Plaintiff if any personal complications were to arise during the case's prosecution.

3. Debtor understands that attorney Carlos C. Alsina Batista is well qualified to represent him in this cause of action, and it is in the best interest of all parties that Mr. Alsina be appointed as special counsel for such purpose.

4. The professional services to be rendered by Mr. Alsina are summarized as follows:

    a) to prepare and submit any and all motions, pleadings, orders and other legal documents as necessary to prosecute the case.

    b) to advise debtor on all legal issues and procedures related to ongoing litigation before this Honorable Court, and to provide legal counseling, as needed to diligently prosecute the cause of action.

    c) to represent debtor in any and all court appearances related to the above referenced adversary case.

5. As evidenced by the attached Sworn Declaration, Mr. Alsina will not be directly compensated for his services by Debtor, but the

undersigned attorney will compensate Mr. Alsina, pursuant to a private agreement between Counsel. As such, Mr. Alsina's joinder of the representation does not represent any additional burden upon Debtor or the Estate.

6. Based upon the Declaration attached hereto, debtor understands that Mr. Alsina does not hold any conflict of interest with debtor, nor with the bankruptcy estate, and that he is a disinterested person within the meaning of 11 U.S.C. § 101(13). To the best of debtor's knowledge, information and belief, Mr. Alsina is not related or otherwise connected with the debtor, debtor's counsel, the United States Trustee, any person employed by the Office of the United States Trustee, the Chapter 13 Trustee, any person employed by the Office of the Chapter 13 Trustee, or any other party in interest.

7. The professional services of Mr. Alsina have been retained on a contingency basis of all sums recovered for the estate, including those collected, paid or now or in the future be deposited with the Court.

8. Mr. Alsina will work on behalf of Debtor pursuant to the compensation based upon the normal and usual billing rate of $200.00 per hour on the same contingency basis upon which the undersigned is already working and billing Debtor, previously authorized by this Honorable Court.

9. Mr. Alsina has no claim against the estate for services rendered on behalf of the applicant Debtor, prior to the filing of

the bankruptcy petition.

10. Mr. Alsina respectfully discloses that he has no agreement to share compensation or reimbursement to be received in this case with any other person or entity, other than as agreed with Mrs. Valdes.

**WHEREFORE,** Debtors respectfully request this Honorable Court to authorize the employment of attorney Carlos C. Alsina-Batista as special counsel, to render the services as described in the foregoing application, with compensation to be paid under the arrangement of Attorney Marilyn Valdes Ortega already authorized by this Honorable Court in such amount as the Court may hereinafter determine and allow.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** The undersigned hereby certifies that a true copy of this motion has been notified electronically on the date of its filing to all case parties, which are CM/ECF participants, including Chapter 13 Trustee José Carrión-Morales.

In San Juan, Puerto Rico, this 12th day of January, 2011.

**s/Marilyn Valdés Ortega**
MARILYN VALDES ORTEGA, ESQ.
***Attorney for Plaintiff***
U.S.D.C.#214711
P.O.Box 195596
San Juan, P.R. 00919-5596
Tel: 758-4400
E-mail: ***valdeslaw@prtc.net***